James KNIFFEN, Appellant,

v.

STATE of Missouri, Respondent.

No. 53077.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 23, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
April 6, 1988.

Application to Transfer Denied
May 17, 1988.

Dorothy Mae Hirzy, Sp. Public Defender, Ilene A. Goodman, Janis C. Good, St. Louis, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant-movant, James A. Kniffen, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.-16(b).